**Kemler Lumber Company, appellee, v. Up-To-Date Machine Works, appellant. Gen. No. 26,765.**

Action for the purchase price of flooring sold and delivered to defendant. Finding and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

William A. Jennings, for appellant. Edmund W. Froehlich, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Harry G. Smith, appellee, v. Samuel Goldman, appellant. Gen. No. 26,773.**

Action for damages for personal injuries received by plaintiff when struck by defendant's automobile at a street intersection. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed December 19, 1921. Rehearing denied January 3, 1922.

Levinson & Hoffman, for appellant; Burrell J. Cramer and Douglas C. Gregg, of counsel. Robert F. Munsell, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Annie Hansen, appellant, v. City of Chicago, appellee. Gen. No. 26,785.**

Action for damages for personal injuries received upon a defective sidewalk. Judgment for defendant upon an instructed verdict. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed December 19, 1921.

William Cullen Burns, for appellant. No appearance, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Olga Williamson, appellee, v. Frank Kaplan, appellant. Gen. No. 26,808.**

Action for damages for personal injuries received when defendant's horse and buggy collided with plaintiff. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Kelly, Burns, Daly & Fitzgerald, for appellant; James D. Murphy, of counsel. Callahan & Callahan and Marshall Solberg, for appellee.

Mr. Justice Matchett delivered the opinion of the court.